THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARDWORKS PROCESSING, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PINNACLE PROCESSING GROUP, INC.,<br><br>　　　　　Defendant. | No. 2:12-cv-00557-MJP<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS**<br><br>**NOTE ON MOTION CALENDAR: JUNE 12, 2012** |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties in the above-entitled action, that Plaintiff's time to respond to Defendant's Counterclaims is extended through and including June 27, 2012.

Dated this 12th day of June, 2012.

　　　　　　　　　　　　　　　　　　HILLIS CLARK MARTIN & PETERSON P.S.

　　　　　　　　　　　　　　By　*s/Laurie Lootens Chyz*
　　　　　　　　　　　　　　　　Laurie Lootens Chyz, WSBA #14297
　　　　　　　　　　　　　　　　1221 Second Avenue, Suite 500
　　　　　　　　　　　　　　　　Seattle, Washington 98101-2925
　　　　　　　　　　　　　　　　Tel: (206) 623-1745; Fax: (206) 623-7789
　　　　　　　　　　　　　　　　E-Mail: llc@hcmp.com

*Stipulation and Order to Extend Time to Respond to Counterclaim -*
*(2:12-cv-00557-MJP ) - 1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ADMITTED *PRO HAC VICE*
SATTERLEE STEPHENS BURKE AND BURKE LLP
James Regan
Daniel G. Gurfein
230 Park Avenue
New York , New York 10169
Telephone: (212) 818-9200
E-Mail: jregan@ssbb.com; dgurfein@ssbb.com
*Attorneys for Plaintiff*
CardWorks Processing, LLC

ERIC ZUBEL PC


By   *s/Eric Zubel*
     Eric Zubel, WSBA #33961
     800 Fifth Avenue, Suite 4100
     Seattle, Washington 98104
     Tel: (206) 447-1445; Fax: (206) 447-1434
     E-Mail: eric@ericzubel.com
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

Dated this __21st___ day of June, 2012.


_____
Marsha J. Pechman
United States District Judge

*Stipulation and Order to Extend Time to Respond to Counterclaim -*
*(2:12-cv-00557-MJP ) - 2*

Presented by:

HILLIS CLARK MARTIN & PETERSON P.S.

By   *s/Laurie Lootens Chyz*
     Laurie Lootens Chyz, WSBA #14297
     1221 Second Avenue, Suite 500
     Seattle, Washington  98101-2925
     Telephone: (206) 623-1745
     Facsimile: (206) 623-7789
     E-Mail: llc@hcmp.com

//
ADMITTED *PRO HAC VICE:*
SATTERLEE STEPHENS BURKE AND BURKE LLP
James Regan
Daniel G. Gurfein
230 Park Avenue
New York , New York 10169
Telephone: (212) 818-9200
E-Mail: jregan@ssbb.com; dgurfein@ssbb.com

*Attorneys for Plaintiff*
*CardWorks Processing, LLC*

ERIC ZUBEL PC


By   *s/Eric Zubel*
     Eric Zubel, WSBA #33961
     800 Fifth Avenue, Suite 4100
     Seattle, Washington 98104
     Telephone: (206) 447-1445
     Facsimile: (206) 447-1434
     E-Mail: eric@ericzubel.com
*Attorneys for Defendant*

ND:  20526.002  4828-7723-3423v1

*Stipulation and Order to Extend Time to Respond to Counterclaim -*
*(2:12-cv-00557-MJP ) - 3*