THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARDWORKS PROCESSING, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PINNACLE PROCESSING GROUP, INC.,<br><br>　　　　　Defendant. | No. 2:12-cv-00557-MJP<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS**<br><br>**NOTE ON MOTION CALENDAR: JUNE 12, 2012** |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties in the above-entitled action, that Plaintiff's time to respond to Defendant's Counterclaims is extended through and including June 27, 2012.

Dated this 12th day of June, 2012.

　　　　　　　　　　　　　　　　　　　HILLIS CLARK MARTIN & PETERSON P.S.

　　　　　　　　　　　　　　　　　By　_s/Laurie Lootens Chyz_
　　　　　　　　　　　　　　　　　　　Laurie Lootens Chyz, WSBA #14297
　　　　　　　　　　　　　　　　　　　1221 Second Avenue, Suite 500
　　　　　　　　　　　　　　　　　　　Seattle, Washington 98101-2925
　　　　　　　　　　　　　　　　　　　Tel: (206) 623-1745; Fax: (206) 623-7789
　　　　　　　　　　　　　　　　　　　E-Mail: llc@hcmp.com

ADMITTED *PRO HAC VICE*
SATTERLEE STEPHENS BURKE AND BURKE LLP
James Regan
Daniel G. Gurfein
230 Park Avenue
New York , New York 10169
Telephone: (212) 818-9200
E-Mail: jregan@ssbb.com; dgurfein@ssbb.com
*Attorneys for Plaintiff*
*CardWorks Processing, LLC*

ERIC ZUBEL PC


By  *s/Eric Zubel*
Eric Zubel, WSBA #33961
800 Fifth Avenue, Suite 4100
Seattle, Washington 98104
Tel: (206) 447-1445; Fax: (206) 447-1434
E-Mail: eric@ericzubel.com
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

Dated this __21st___ day of June, 2012.


_____
Marsha J. Pechman
United States District Judge

*Stipulation and Order to Extend Time to Respond to Counterclaim -*
*(2:12-cv-00557-MJP ) - 2*

| | |
|---|---|
| 1 | |
| 2 | Presented by: |
| 3 | HILLIS CLARK MARTIN & PETERSON P.S. |
| 4 | By  *s/Laurie Lootens Chyz* |
| 5 | Laurie Lootens Chyz, WSBA #14297<br>1221 Second Avenue, Suite 500 |
| 6 | Seattle, Washington 98101-2925 |
| 7 | Telephone: (206) 623-1745<br>Facsimile: (206) 623-7789 |
| 8 | E-Mail: llc@hcmp.com |
| 9 | // |
| 10 | ADMITTED *PRO HAC VICE:*<br>SATTERLEE STEPHENS BURKE AND BURKE LLP |
| 11 | James Regan |
| 12 | Daniel G. Gurfein<br>230 Park Avenue |
| 13 | New York, New York 10169<br>Telephone: (212) 818-9200 |
| 14 | E-Mail: jregan@ssbb.com; dgurfein@ssbb.com |
| 15 | *Attorneys for Plaintiff* |
| 16 | *CardWorks Processing, LLC* |
| 17 | ERIC ZUBEL PC |
| 18 | |
| 19 | By  *s/Eric Zubel* |
| 20 | Eric Zubel, WSBA #33961<br>800 Fifth Avenue, Suite 4100 |
| 21 | Seattle, Washington 98104<br>Telephone: (206) 447-1445 |
| 22 | Facsimile: (206) 447-1434 |
| 23 | E-Mail: eric@ericzubel.com<br>*Attorneys for Defendant* |
| 24 | ND: 20526.002 4828-7723-3423v1 |

*Stipulation and Order to Extend Time to Respond to Counterclaim - (2:12-cv-00557-MJP ) - 3*